## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

Thomas G. Davidson                                            Case No.: 12-32765-KRH
                                                              Chapter 13

     Debtor

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared Thomas G. Davidson, known to me, and upon his oath stated as follows:

1. My name is Thomas G. Davidson, I am above the age of 18 years, and competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit.

2. I reside at 6918 Velvet Antler Drive, Midlothian, Virginia, 23112.

3. I am the debtor in the present bankruptcy case.

4. Prior to this case, I have been a debtor in one previous bankruptcy case which was pending within one (1) year prior to the instant case; a Chapter 13 filed in this Honorable Court on November 4, 2010, which was dismissed on January 12, 2012. (Case No. 10-37662 - the "Prior Case").

5. The Prior Case was dismissed because I was in default with my payments to the Trustee.

6. I became delinquent because previous tenants residing in my real property failed to make monthly rent payments and vandalized the property leaving over $7,000 worth of damage.

7. I believe that I will be successful in the instant case because I have found new tenants who are reliable and have been making their rent payments each month.

WITNESS the following signature and seals this 19th day of April, 2012.

/s/  Thomas G. Davidson
Thomas G. Davidson, Debtor

### CERTIFICATE OF ACKNOWLEDGEMENT

COMMONWEALTH OF VIRGINIA
City of Richmond, to-wit:

The foregoing instrument was acknowledged before me this 19th day of April, 2012, by Thomas G. Davidson.

/s/  Heather G. Ivey
Heather G. Ivey, Notary Public

My commission expires:  04/30/5015
I.D. No.:  224514