**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| IN RE:    Thomas Glenn Davidson | ) | Chapter 13 |
| | ) | Case No. 12-32765-KRH |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Entrust Financial Credit Union, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Thomas Glenn Davidson, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Carl M. Bates, Trustee , | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO VACATE RULING GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AND NOTICE**

Comes now Entrust Financial Credit Union, (herein "Movant"), by counsel by counsel, and

states as follows as its Motion to Vacate Ruling Granting Motion for Relief from Stay against the

Defendants:

1.    On June 25, 2013, Movant filed its Motion for Relief from Stay against Thomas Glenn

Davidson and Carl M. Bates, Trustee.

2.    The preliminary hearing was scheduled for July 17, 2013 at 9:30 a.m.

3.    Prior to the hearing date, at the request of counsel for Thomas Glenn Davidson,

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Movant

Movant's counsel agreed to continue the preliminary hearing to August 28, 2013 at 9:30 a.m.

4.   Through inadvertence, at the July 17, 2013 hearing, relief was requested and granted.

**WHEREFORE**, Movant prays that the ruling be vacated and the matter reset for hearing

on August 28, 2013 at 9:30 a.m.

Entrust Financial Credit Union

/s/ Edward S. Whitlock, III, Esquire
Edward S. Whitlock, III, Esquire, VSB # 27811
Lafayette, Ayers & Whitlock, PLC

**NOTICE**

Your rights may be affected.  You should read these papers carefully and discuss them with

your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may

wish to consult one.)

No response is required.  A hearing is not required or scheduled as a Consent Order is being

submitted herewith.

Date:  July 19, 2013                          Entrust Financial Credit Union

By:   /s/ Edward S. Whitlock, III, Esquire
Edward S. Whitlock, III, Esquire, VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone:  (804) 545-6250
Facsimile:  (804) 545-6259

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2013, I mailed or electronically served a true copy of this Motion to Vacate Ruling Granting Motion for Relief From Stay and Notice of Motion to each party required to receive notice as follows: Yvonne Cochran, Esq., Attorney for Debtor, Cochran Law Firm, P.C., 4509 W. Broad Street, Richmond, VA 23230; Thomas Glenn Davidson, at his last known address of 6918 Velvet Antler Drive, Midlothian, VA 23112; and Carl M. Bates, Trustee at P. O. Box 1819, Richmond, VA 23218-1819.

/s/ Edward S. Whitlock, III, Esquire
Edward S. Whitlock, III, Esquire, VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone:  (804) 545-6250
Facsimile:  (804) 545-6259
Counsel for Entrust Financial Credit Union