UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| IN RE:   Thomas Glenn Davidson | ) | Chapter 13 |
| | ) | Case No. 12-32765-KRH |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Entrust Financial Credit Union, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Thomas Glenn Davidson, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Carl M. Bates, Trustee , | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Entrust Financial Federal Credit Union ("Movant"), to modify the automatic stay; it is ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 6918 Velvet Antler Drive, Midlothian, VA 23112, Chesterfield County Parcel I.D. 728-671-7381-00000, (the "real estate"), which property is described as:

ALL that certain lot, piece or parcel of land, with all improvements thereon and

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Movant

appurtenances thereto belonging, lying and being in the County of Chesterfield, Virginia, shown and designated as Lot 64, Block L, Section 2, on Subdivision Plat of Deer Run, recorded in the Clerk's Office, Circuit Court of Chesterfield County, Virginia, in Plat Book 57, Page 42, to which plat reference is hereby made for a more particular description of the property hereby conveyed.

BEING the same real estate conveyed to T. Glenn Davidson, by Deed of Assumption from Sheila B. Gillen, formerly known as Sheila B. Davidson, dated March 4, 2003, recorded April 7, 2003, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, in Deed Book 5015, Page 719.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Done at _____, Virginia this _____ day of _____, 20___.

_____
United States Bankruptcy Judge

I ask for this:

/s/ Edward S. Whitlock, III., Esq._____
Edward S. Whitlock, III, Esq., VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6251
Counsel for Entrust Financial Credit Union

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Automatic Stay is identical to the form order required by Administrative Order and that no modification, addition, or deletion has been made.

/s/ Edward S. Whitlock, III., Esq.
Counsel for Movant

### Local Rule 9022-1(C) Certification

I hereby certify that on the 3rd day of October, 2013 a true copy of the foregoing Consent Order Conditioning Stay was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

/s/ Edward S. Whitlock, III., Esq.
Counsel for Movant

PARTIES TO RECEIVE COPIES:

Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA  23060

Yvonne Cochran, Esq.
Cochran Law Firm, P.C.
4509 W. Broad Street
Richmond, VA 23230

Carl M. Bates, Trustee
P. O. Box 1819
Richmond, VA  23218-1819

Thomas Glenn Davidson
6918 Velvet Antler Drive
Midlothian, VA 23112