BWW#: 120588

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 12-32765-KRH |
| THOMAS GLENN DAVIDSON AKA THOMAS G. DAVIDSON | |
|     Debtor | Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Stephen Relyea, and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee, for the Benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-33CB Mortgage Pass-Through Certificates, Series 2005-33CB, c/o Bank of America, N.A., in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

    Stephen Relyea
    BWW Law Group, LLC
    8100 Three Chopt Rd., Suite 240
    Richmond, VA 23229
    (804) 282-0463
    bankruptcy@bww-law.com

Dated: May 28, 2014    Respectfully Submitted,
    BWW Law Group, LLC


    */s/ Stephen Relyea*
    Stephen Relyea, VSB# 77236
    BWW Law Group, LLC
    8100 Three Chopt Rd., Suite 240
    Richmond, VA 23229
    (804) 282-0463
    (804) 282-0541 (facsimile)
    bankruptcy@bww-law.com
    *Attorney for The Bank of New York Mellon, as Trustee*

## **CERTIFICATE OF SERVICE**

      I certify that on this 28th day of May, 2014, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Carl M. Bates, Trustee
Post Office Box 1819
Richmond, VA 23218

Yvonne Cochran, Attorney at Law
4509 West Broad Street
Richmond, VA 23230

Thomas Glenn Davidson aka Thomas G. Davidson
2119 East Broad Street
Richmond, VA 23223

Thomas Glenn Davidson aka Thomas G. Davidson
6918 Velvet Antler Drive
Midlothian, VA 23112

                                                    */s/ Stephen Relyea*
                                                    Stephen Relyea